UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPGEMINI U.S. LLC,<br><br>　　　　　Defendant. | Case No.  14-cv-05627-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　This employment case was removed to the United States District Court for the Northern District of California on December 24, 2014.  ECF No. 1.  On December 29, the case was assigned to the undersigned, and the Court issued an order setting an Initial Case Management Conference on April 8, 2015 and requiring the parties to file a Joint Case Management Conference Statement by April 1, 2015.  ECF Nos. 2, 3.

　　　　As of the filing of this order, the parties have not filed a JCMS.  Accordingly, the Case Management Conference scheduled for April 8, 2015 is CONTINUED to April 29, 2015 at 2:00 p.m.  The parties are ordered to file a JCMS by April 15, 2015.  In it, they should explain why they failed to comply with the Court's original deadline.

　　　　**IT IS SO ORDERED.**

Dated:  April 6, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge