Cynthia E. Gitt, Esq. State Bar No. 60369
cgitt@browngitt.com
Lawrence Yang, Esq. State Bar No. 206738
lyang@browngitt.com
**BROWN GITT LAW GROUP, ALC**
300 North Lake Avenue, Suite 200
Pasadena, California 91101
Telephone: 626.229.1919
Facsimile: 626.229.1917

Attorneys for Defendant
CAPGEMINI US LLC

Stephen R. Jaffe, Esq
stephen.r.jaffe@jaffetriallaw.com
Bailey K. Bifoss, Esq.
bailey.k.bifoss@jaffetriallaw.com
*THE JAFFE LAW FIRM*
150 California Street, 21st Floor
San Francisco, CA 94111
Tel: 415.618.0100
Fax: 415.618-0080

Attorneys for Plaintiff
BRADLEY DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> CAPGEMINI, US, LLC, and DOE 1 through DOE 10, inclusive <br><br> Defendants. | CASE NO. 3:14-cv-05627-JST <br><br> **[Assigned to: Honorable Jon S. Tigar]** <br><br> **[PROPOSED] ORDER REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **Old Date: April 29, 2015** <br> **Old Time: 2:00 p.m.** <br><br> **New Date: May 6, 2015** <br> **New Time: 2:00 p.m.** |

1

**[PROPOSED] ORDER REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**

The parties have stipulated that the Initial Case Management Conference ("ICMC") scheduled for April 29, 2015 at 2:00 p.m., in courtroom 9, 19th Floor, San Francisco, California, pursuant to the court order filed April 6, 2015, be continued to May 6, 2015 at 2:00 p.m., on the grounds of pre-existing scheduling conflicts on April 29, 2015.

**IT IS SO ORDERED.**

DATED: April 9, 2015



Honor_____