UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CAPGEMINI U.S. LLC,<br><br>    Defendant. | Case No. 14-cv-05627-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF Nos. 8, 9, 10 |

On December 29, 2014, the Court ordered the parties to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference. ECF No. 3. In their Joint Case Management Statement, ECF No. 7, however, the parties stated a joint desire to attend private mediation. Id. at 8. Accordingly, at the Case Management Conference held May 6, 2015, the Court ordered the parties to file on the docket, no later than May 20, 2015, a letter informing the Court of the name of their mediator and the date and time of their mediation. See ECF No. 8. If the parties did not file such a letter by that date, the Court ordered the parties personally to appear for a hearing on May 27, 2015 at 2:00 p.m., at which time the parties would select a mediator. Id.; see also ECF No. 9 (scheduling order noting May 27, 2015 mediation compliance hearing).

The parties did not file a letter with the Court. The parties also did not appear at the May 27, 2015 mediation compliance hearing. See ECF No. 10.

Accordingly, the Court hereby ORDERS the parties to SHOW CAUSE why monetary sanctions should not be imposed against each of them for their failure to comply with the Civil Local Rules and this Court's orders, and their non-attendance at the May 27, 2015 hearing. Evon v. Law Offices of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012) (district court has inherent authority to impose sanctions for the violation of court orders).

1    The parties shall file responses to this Order within fourteen days of the date of this Order.
2 The Court will conduct a hearing on this Order to Show Cause on parties are also ordered to
3 appear on July 8, 2015 at 2:00 p.m.
4    IT IS SO ORDERED.
5 Dated:  May 28, 2015

 _____
JON S. TIGAR
United States District Judge