UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPGEMINI U.S. LLC,<br><br>    Defendant. | Case No. 14-cv-05627-JST<br><br>**CASE MANAGEMENT ORDER;<br>ORDER TO SHOW CAUSE** |

The Court issued a scheduling order for this case on May 6, 2015. ECF No. 9. Among other deadlines, the Court required the parties to file a joint pretrial conference statement by May 17, 2016. Id. at 2. A pretrial conference was set for May 27, 2016 at 2:00 p.m. Id.

As of the date of this order, the parties have not filed a pretrial conference statement. The Court further notes that there has been almost no substantive activity in the case, and the Defendant has not answered the complaint. Accordingly, good cause appearing, the parties are now ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute. The Court will conduct a hearing on this Order to Show Cause on May 27, 2016 at 2:00 p.m. A written response is due by May 25, 2016 at 5:00 p.m. If no response is filed, or if the parties do not appear on May 27, 2016, the case will be dismissed.

The pretrial conference and trial dates are hereby VACATED. If the parties appear on May 27, 2016, and case is not dismissed on or before that date, the Court will set new trial and

/ / /

/ / /

/ / /

/ / /

1 pretrial conference dates at that time.

2     If the parties voluntarily dismiss the case by May 26, 2017, the May 27 Order to Show

3 Cause hearing will go off calendar.

4     IT IS SO ORDERED.

5 Dated: May 23, 2016

                              JON S. TIGAR
                              United States District Judge