UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAVIS, | Case No. 14-cv-05627-JST |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| CAPGEMINI U.S. LLC, | Re: ECF Nos. 17, 20 |
| Defendant. | |

In the parties' responses to the Court's Order to Show Cause, both parties state they have settled the action and request the Court dismiss the case with prejudice.  See ECF No. 17 (Defendant's response); ECF No. 20 (Plaintiff's response).  Since both parties agree that dismissal with prejudice is appropriate, the Court now dismisses the case pursuant to Federal Rule of Civil Procedure 41(a)(2).

This case has been dismissed with prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 26, 2016

_____
JON S. TIGAR
United States District Judge

IT IS SO ORDERED.

Dated:

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California